## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 08-20597 |
| MARATHON HEALTHCARE CENTER OF TORRINGTON, LLC | ) | CHAPTER 7 |
| ----------------------------------- | ) | ADV. PRO. NO. 10-02043 |
| THOMAS C. BOSCARINO, TRUSTEE | ) | |
|    Plaintiff, | ) | |
|       v. | ) | June 10, 2010 |
| ADVANCED STAFFING ASSOCIATES, LLC | ) | |
|    Defendant | ) | |

### MOTION TO APPROVE COMPROMISE AND SETTLEMENT OF CLAIM

TO THE HONORABLE, ALBERT S. DABROWSKI UNITED STATES BANKRUPTCY JUDGE:

1.  Movant is the duly qualified and acting Trustee in this case.

2.  The above-captioned Debtor filed a petition for relief pursuant to Chapter 7 of the United States Bankruptcy Code on January 7, 2009.

3.  During the course of the Trustee's administration of this corporate Chapter 7 bankruptcy proceeding, the Trustee has reviewed certain financial records which disclose significant payments to creditors during the ninety (90) day period immediately preceding the filing of the Debtor's Chapter 7 case, which payments may constitute avoidable and recoverable preference payments pursuant to the applicable provisions of the United States Bankruptcy Code.

4.  The Trustee, during the course of his examination of the books and records of the Debtor, determined that Advanced Staffing Associates, LLC was the recipient of the aggregate amount of Fourteen thousand and forty three hundred 00/100 ($14,043.00) Dollars both during the ninety (90) day period immediately preceding the filing of the Debtor's bankruptcy case and during the two week period immediately following the date of such filing. By letter dated March 4, 2010 the Trustee made demand upon the President of Advanced Staffing Associates, LLC for a turnover and recovery of such payments for the general benefit of unsecured creditors of the bankruptcy proceeding.

5. Movant has been offered the sum of Ten Thousand and 00/100 ($10,000.00) Dollars in full satisfaction and settlement of the Trustee's claims relative to these payments. Said payment shall be made in good and sufficient bank funds in four (4) equal payments of $2,500.00 starting July 15, 2010 and continuing on August 15, 2010, September 15, 2010 and October 15, 2010 pending the entry of the Order approving this compromise.

6. In addition to the cash payment referenced in paragraph 5 hereof, said Advanced Staffing Associates, LLC shall be prohibited from making any claim in this proceeding pursuant to Section 502 (h), or otherwise, with respect to the settlement payment which is the subject matter of this Motion.

7. **ANY RELEASE OR DISCHARGE CONSEQUENT TO THE COMPROMISE OF CLAIM SHALL HAVE NO FORCE AND EFFECT UNLESS AND UNTIL THE ENTIRE SUM OF $10,000.00 IS PAID TO THE TRUSTEE IN GOOD AND SUFFICIENT BANK FUNDS.  TIME IS OF THE ESSENCE**.

8. The Creditor has raised defenses to the claim of the Trustee and disputes all claims made by the Trustee. The Creditor has raised defenses such as ordinary course payments and contemporaneous value to the claims of the Trustee.

9. Movant believes that the settlement is fair and reasonable and in the best interest of the estate and should be approved by the Court. The Movant has considered the probabilities of success, the complexity, expenses, inconvenience and delay of continued litigation, as well as the paramount interest of creditors in his deliberation.

10. The settlement amount offered would be an in full cash payment.

11. The United States Court of Appeals for the Second Circuit has held that a Bankruptcy Court should approve a proposed settlement, after an independent review and evaluation of the applicable principals of bankruptcy law, unless it "falls below the lowest point in range of reasonableness". Coss v. Rodman (In re W.T. Grant Co.), 699 F.2d 599 (2d Cir.) cert.denied, 464 U.S. 822 (1983) (citing Newman v. Stein, 464 F. 2d 689, 692 (2d Cir.). cert. denied, 409 U.S. 1039 (1972).

WHEREFORE, Movant prays that the Court make its Order pursuant to FBRCP 9019(a) approving the above described compromise.

Dated at Glastonbury, Connecticut this 10th day of June, 2010.

Respectfully Submitted

/s/ John H. Grasso
John H. Grasso
Boscarino, Grasso & Twachtman, LLP
628 Hebron Avenue, Building Three
Glastonbury, CT 06033
Phone No. (860) 659-5657
Federal Bar No. ct05466

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 08-20597 |
| **MARATHON HEALTHCARE OF TORRINGTON, LLC** | ) | CHAPTER 7 |
| ---------------------------------- | ) | ADV. PRO. NO. 10-02043 |
| **THOMAS C. BOSCARINO, TRUSTEE** | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| **ADVANCED STAFFING ASSOCIATES, LLC** | ) | |
| Defendant | ) | |

## PROPOSED ORDER RE: TRUSTEE'S MOTION TO APPROVE COMPROMISE AND SETTLEMENT OF CLAIM

Upon the Trustee's Motion to Approve Compromise and Settlement of Claim filed by Thomas C. Boscarino, Trustee, dated June 10, 2010, it is hereby:

ORDERED: That the estate may compromise the estate's claims against Advanced Staffing Associates, LLC as specified in the Trustee's Motion to Approve Compromise for the lump sum payment of Ten Thousand and 00/100 ($10,000.00) Dollars and upon the further terms and conditions set forth in such Motion.

Dated at Hartford, Connecticut this ____ day of June, 2010.

_____
Albert S. Dabrowski

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 08-20597(asd) |
| MARATHON HEALTHCARE CENTER OF TORRINGTON, LLC | ) | CHAPTER 7 |
| ---------------------------------- | ) | ADV. PRO. NO. 10-02043 |
| THOMAS C. BOSCARINO, TRUSTEE | ) | |
|    Plaintiff, | ) | |
|       v. | ) | |
| ADVANCED STAFFING ASSOCIATES, LLC | ) | June 10, 2010 |
|    Defendant | ) | |

## CERTIFICATION

The undersigned Trustee hereby certifies that on June 10, 2010 in accordance with Rules 7004, 7005, and 9014 F.R.Bank.P., I served a copy of the Motion to Approve Compromise and a copy of the Proposed Order to the following on the parties listed below:

Office of the United States Trustee  
Giaimo Federal Building  
150 Court Street, Room 302  
New Haven, CT 06510

Advanced Staffing Associates, LLC  
Attn: Kevin M. Sanjuan, Member  
55 Whiting Street, Ste 1-B  
Plainville, Ct 06062

Dated at Glastonbury, Connecticut on June 10, 2010.

      /s/ John H. Grasso  
John H. Grasso  
Boscarino, Grasso & Twachtman, LLP  
628 Hebron Ave., Building Three  
Glastonbury, CT 06033  
(860) 659-5657 Telephone  
Federal Bar No.: ct05466